IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Amadou A. Sawane dba Sawane and Sons, Inc.

CHAPTER 13

CASE NO. 16-18346-sr

PNC Bank, National Association
    Movant
  vs.
Amadou A. Sawane dba Sawane and Sons, Inc.
    Debtor(s)/Respondent(s)
  and
Frederick L. Reigle, Esquire
    Trustee/Respondent

## ORDER MODIFYING AUTOMATIC STAY

AND NOW, this  31st  day of  January , 20 18 , it is ORDERED ~~AND DECREED~~ that:

The 11 U.S.C. §362 Automatic Stay of all proceedings is hereby modified with respect to property located at:

**7235 Shear Water Pl.
Philadelphia, PA 19153**

as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this order shall be effective immediately and shall not be subject to the ten day period set forth in Bankruptcy Rule 4001(a)(3).

_____
Bankruptcy Judge
Jean K. FitzSimon

cc.  Walter W. Gouldsbury, III, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, New Jersey 08003-3620

Frederick L. Reigle, Esquire, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut St.
Suite 900
Philadelphia, PA 19102

Amadou A. Sawane  dba Sawane and Sons, Inc.
7235 Shearwater Place
Philadelphia, PA 19153