# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-14471-ELF

IVA BONELLI

13 LANDMARK DR.

MALVERN, PA 19355

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IVA BONELLI

    13 LANDMARK DR.

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

                                          /S/ Kenneth E. West

Date: 3/7/2022                                    _____

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee